FILED

10/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0468

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0468

In the Matter of the Guardianship
and Conservatorship of:

W.M.W., JR.

An Alleged Incapacitated Person.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 8, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 4 2024